IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM BLAEUER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 09-934-SLR |
| | ) |
| ZUCKER, GOLDBERG & ACKERMAN, LLC, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM ORDER**

At Wilmington this 28th day of March, 2011, having reviewed defendant's motion for sanctions and the papers file in connection therewith;

IT IS ORDERED that said motion (D.I. 20) is denied. Sanctions under Rule 11 of the Federal Rules of Civil Procedure should be reserved for egregious cases of abuse. Although I have granted defendant's motion to dismiss, clearly defendant's mortgage foreclosure documentation contained less than perfectly accurate information, and I decline to sanction plaintiff's counsel under Rule 11 for filing the instant lawsuit under these circumstances.

United States District Judge